United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3348

_____

United States of America,        *
                                 *
        Appellee,                *
                                 *    Appeal from the United States
    v.                           *    District Court for the
                                 *    District of Minnesota.
Howard A. McCowan,               *
                                 *         [UNPUBLISHED]
        Appellant.               *

_____

Submitted: January 6, 1998
    Filed: January 12, 1998

_____

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

In 1991, Howard McCowan was convicted of conspiring to distribute cocaine base and possessing cocaine base with intent to distribute, and using a firearm in relation to drug trafficking. McCowan was sentenced to concurrent prison terms of 121 months on the drug counts and a consecutive 60-month term on the firearm count. Upon McCowan's 28 U.S.C. § 2255 (1994) motion, the District Court[1] vacated his firearm conviction in light of Bailey v. United States, 516 U.S. 137, 143-44 (1995).

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

After imposing a two-level enhancement for the possession of a firearm, <u>see</u> U.S. Sentencing Guidelines Manual § 2D1.1(b)(1) (1995) (providing for two-level enhancement if firearm was involved), the Court resentenced McCowan to concurrent 151-month prison terms on the drug counts.

McCowan appeals, arguing that the District Court lacked jurisdiction to resentence him on the unchallenged drug convictions. This argument is foreclosed by <u>United States v. Harrison</u>, 113 F.3d 135, 137-38 (8th Cir. 1997). After carefully reviewing McCowan's remaining points on appeal, we conclude they are without merit.

Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.